FILED
2014 May-02 PM 04:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| VANCE PROCTOR, | ) | |
| Plaintiff; | ) | |
| vs. | ) | 2:13-cv-00157-LSC |
| CSX TRANSPORTATION, INC., | ) | |
| Defendant. | ) | |

ORDER

The Court acknowledges receipt of the Mediator's Report (Doc. 32) indicating that this case has been resolved. Accordingly, this action is DISMISSED with prejudice, and costs are taxed as paid. Additionally, the pending motion for partial summary judgment (Doc. 29) is found to be MOOT.

Done this <u>2nd</u> day of <u>May 2014</u>.



_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
174256